**Yvornia Decarol BANKS et al.,**
**Appellants,**

v.

**CLAIBORNE PARISH SCHOOL BOARD**
**et al., Appellees.**

No. 22883.

United States Court of Appeals
Fifth Circuit.

Aug. 26, 1965.

Nils R. Douglas, New Orleans, La., Haskell A. Kassler, Boston, Mass., Alvin J. Bronstein, Jackson, Miss., Joseph Harris David, New Orleans, La., for appellants.

Harry J. Kron, Jr., Asst. Atty. Gen., Baton Rouge, La., for appellees.

Before TUTTLE, Chief Judge, and GEWIN and BELL, Circuit Judges.

PER CURIAM.

It is ordered that this cause be and it is hereby remanded to the district court for further consideration in light of Singleton v. Jackson Municipal Separate School District et al., 348 F.2d 729, decided by this Court on June 22, 1965, and Price v. Denison Independent School District Board of Education et al., 348 F.2d 1010, decided by this Court on July 2, 1965.

**Virgie Lee VALLEY et al., Appellants,**
**United States of America,**
**Intervenor,**

v.

**RAPIDES PARISH SCHOOL BOARD**
**et al., Appellees.**

No. 22832.

United States Court of Appeals
Fifth Circuit.

Aug. 17, 1965.

Louis Berry, Alexandria, La., for appellants.

F. Jean Pharis, Alexandria, La., for appellees.

Before HUTCHESON, RIVES and JONES, Circuit Judges.

PER CURIAM.

It is ordered that the motion of the United States for leave to intervene as an appellant in this cause is hereby granted. The judgment of the district court is vacated and the cause is remanded to the district court for further consideration in the light of Singleton v. Jackson Municipal Separate School District et al., 348 F.2d 729, decided by this Court on June 22, 1965, and Price v. Denison Independent School District Board of Education et al., 5 Cir., 348 F.2d 1010, decided by this Court on July 2, 1965.

The disposition made by this order renders unnecessary the consideration of other matters submitted to this Court by motions.